**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

MOLIERE DIMANCHE, JR.,

      Plaintiff,

vs.                            CASE NO.: 4:11-CV-533-SPM/WCS

JERRY BROWN, et al.

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate

Judge's Report and Recommendation (doc. 15).  Plaintiff filed objections (doc.

43).

Pursuant to Title 28, United States Code, Section 636(b)(1) and despite

Plaintiff's objections, I find that the Report and Recommendation is correct and

should be adopted.  The motion for a temporary injunction fails to demonstrate a

substantial threat to Plaintiff if he remains at his current facility  Accordingly, it is

ORDERED and ADJUDGED:

1.      The Magistrate Judge's Report and Recommendation (doc. 15) is

**adopted** and incorporated by reference into this order.

2.      The Motion for Temporary Injunction (doc. 3) is **denied**.

3.      This case is remanded for further proceedings.

DONE AND ORDERED this 27th day of March, 2012.

*S/ Stephan P. Mickle*

Stephan P. Mickle
Senior United States District Judge