IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOLIERE DIMANCHE, JR.,

    Plaintiff,

v.                                                       4:11cv533–WS/CAS

COLONEL JERRY BROWN, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation docketed September 6, 2016. See Doc. 157. The magistrate judge recommends (1) that Plaintiff's motion for summary judgment (doc. 149) be denied; (2) that the motion for summary judgment (doc. 135) filed by Defendants Atkins, W. Brown, Cook, Smith, and Solano be granted; and (3) that the motion for summary judgment (doc. 134) filed by Defendants Barton, Bennett, J. Brown, Clark, Jordan, LeRoy, Peddie, Thomas, Troemper, Whitfield, and Yaney be granted in part and denied in part. Plaintiff has filed objections (doc. 158) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. Plaintiff's fourth motion for summary judgment (doc. 149) is DENIED.

2. The motion for summary judgment (doc. 135) filed by Defendants Atkins, W. Brown, Cook, Smith, and Solano is GRANTED.

3. The motion for summary judgment (doc. 134) filed by Defendants Barton, Bennett, J. Brown, Clark, Jordan, LeRoy, Peddie, Thomas, Troemper, Whitfield, and Yaney is DENIED IN PART and GRANTED IN PART. The motion is DENIED as to (1) Plaintiff's Eighth Amendment excessive force claim against Defendants J. Brown, Troemper, Clark, Barton, and Yaney; and (2) Plaintiff's Eighth Amendment claim for denial of medical care against Defendants Yaney and LeRoy. The motion is otherwise GRANTED.

4. The clerk shall note on the docket that the following have been terminated as Defendants in this case: Atkins, Bennett, W. Brown, Cook, Jordan, Peddie, Smith, Solano, Thomas, and Whitfield.

5. The clerk shall REMAND the case to the magistrate judge for further proceedings prior to setting the case for trial.

DONE AND ORDERED this ___6th___ day of ___October___, 2016.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE