# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

MOLIERE DIMANCHE, JR.,

    *Plaintiff*,

v.                      Case No. 4:11cv533-MW/CAS

JAMES BARTON,
MATTHEW CLARK,
JOHN TROEMPER,
CLIFF YANEY,
AND NURSE MICHAEL LEROY,

    *Defendants*.

_____/

## VERDICT

WE THE JURY unanimously return the following verdict:

1. Did Mr. James Barton violate Mr. Dimanche's Eighth Amendment rights on July 3, 2010?

                YES _____        NO __X__

2. Did Mr. Matthew Clark violate Mr. Dimanche's Eighth Amendment rights on July 3, 2010?

                YES _____       NO __X__

3. Did Mr. John Troemper violate Mr. Dimanche's Eighth Amendment rights on July 3, 2010?

                YES _____       NO __X__

FILED IN OPEN COURT THIS
7/12/17
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

4. Did Nurse Mike Leroy violate Mr. Dimanche's Eighth Amendment rights by showing deliberate indifference to Mr. Dimanche's serious medical needs on July 3, 2010?

                    YES _____              NO __X__

5. Did Mr. Cliff Yaney violate Mr. Dimanche's Eighth Amendment rights by showing deliberate indifference to Mr. Dimanche's serious medical needs on July 3, 2010?

                    YES _____              NO __X__

*[If your answers to any of the questions 1 - 5 are YES, answer question 6 on the following page. If your answers to questions 1 - 5 are NO, the verdict form is complete, and you need not answer question 6. Only the Foreperson must sign and date the verdict form.]*

6. Do you award $1 in nominal damages to Mr. Dimanche?

                    YES _____              NO _____

*[Once the applicable questions are answered in their entirety, the Foreperson should sign and date the verdict form.]*

SO SAY WE ALL on this **12** day of July, 2017.